IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARY COOK,

    Plaintiff,

v.

    Case No. 14-CV-447

CAROLYN W. COLVIN,
Acting Commissioner, Social Security
Administration,

    Defendant.

## ORDER

This cause coming before the Court on the joint motion of the parties, due notice having been given, and the Court being fully advised, it is hereby **ORDERED** that:

This matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). On remand, the Appeals Council will send the claim to an Administrative Law Judge (ALJ), who will be instructed to give the claimant an opportunity for a hearing and obtain additional evidence. The ALJ will further evaluate the medical evidence, including the opinions of the state agency medical consultants who reviewed the record. If warranted, the ALJ will proceed with the sequential evaluation process. The ALJ will issue a *de novo* decision.

                                                  HON JAMES D. PETERSON
                                                 United States District Judge

Dated: JANUARY 20, 2015