IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARY COOK,

        Plaintiff,                              JUDGMENT IN A CIVIL CASE

    v.                                            Case No. 14-cv-447-jdp

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Mary Cook remanding this case to the Commissioner of Social Security for further administrative proceedings under sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).


        _____s/ A. Wiseman, Deputy Clerk_____      _____January 22, 2015_____
             Peter Oppeneer, Clerk of Court                          Date