IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARY LORRAINE COOK,

    Plaintiff,                                    JUDGMENT IN A CIVIL CASE

   v.                                                Case No. 14-cv-447-jdp

CAROLYN COLVIN,
Acting Commissioner,
Social Security Administration,

    Defendant.

    This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Mary Lorraine Cook attorney fees in the amount of $6139.65 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

    s/ N. Nelson, Deputy Clerk                  2/20/2015
      Peter Oppeneer, Clerk of Court                  Date